IN THE CIRCUIT COURT OF
BULLOCK COUNTY, ALABAMA

RECEIVED

2005 JUL 29 P 1:42

| | |
|---|---|
| GLENDORA TURNER, Individually, and as Administratrix of the Estate of WILLIAM LEE TURNER, Deceased, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: CV-05-76 |
| MERCK & CO., INC., a foreign Corporation, ANNE BRANDON, an individual, LAMONDE RUSSELL, an individual, *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  Hon. Wilbert M. Jernigan
Circuit Clerk of Bullock County
217 North Prairie Street
Union Springs, Alabama 36089-0230

PLEASE TAKE NOTICE that Merck & Co., Inc. has this date filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, a copy of which is attached hereto as Exhibit A.



EXHIBIT B

Respectfully submitted this the 29th day of July 2005.

*[signature]*
_____
R. Austin Huffaker, Jr.
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
Benjamin C. Wilson
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Facsimile: (334) 263-4157

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2005, I served the following counsel of record with a copy of the foregoing via United States Mail, postage prepaid and properly addressed:

Andy D. Birchfield, Jr.
J. Paul Sizemore
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

*[signature]*
_____
OF COUNSEL

2