IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GLENDORA TURNER, Individually, and as Administratrix of the Estate of WILLIAM LEE TURNER, Deceased, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: _____ |
| MERCK & CO., INC., a foreign Corporation, ANNE BRANDON, an individual, LAMONDE RUSSELL, an individual, *et al.*, | ) ) ) ) ) ) | Removed from the Circuit Court of Bullock County, Alabama |
| Defendants. | ) | |

## DECLARATION OF LAMONDE RUSSELL

1. My name is Lamonde Russell. I am over twenty-one years of age, am of sound mind, and am competent to make this declaration. This declaration is based upon my personal knowledge.

2. At no time did I ever provide Vioxx® or information concerning Vioxx® directly to William Lee Turner or Glendora Turner.

3. I am not a physician or pharmacist. I have never prescribed, nor filled a prescription for, Vioxx®. What knowledge I had during my employment concerning Vioxx® was provided to me by my employer.



4. At no time did I have any involvement at all with the manufacture, development, or testing of Vioxx®. The physicians with whom I dealt and on whom I called in my job were highly skilled professionals. They were, in my judgment and to the best of my knowledge, in a better position that I to make determinations concerning prescribing Vioxx®. I had no dealings at all at any time with any patients of any of the physicians on whom I called, and had no knowledge or information of any of those patients' medical histories, symptoms, prognoses, or courses of treatment.

5. At no time did I ever sell, offer to sell or take orders for the sale of Vioxx® to patients. Physicians upon whom I would call would write their prescriptions for Vioxx® based upon their own independent medical knowledge and judgment and I would not have direct knowledge of any specific prescriptions these physicians may have written for individual patients including but not limited to William Lee Turner.

6. I have never promoted or detailed Vioxx® in Bullock County, Alabama. I have never met nor spoken with William Lee Turner or Glendora Turner.

7. I have never made any presentations to the general public regarding Vioxx®.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July __28__, 2005.

                                                  */s/ Lamonde Russell*
                                                  Lamonde Russell