**RECEIVED**

2005 JUL 29  P 1: 41

DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| GLENDORA TURNER,<br>Individually, and as<br>Administratrix of the Estate of<br>WILLIAM LEE TURNER,<br>Deceased,<br><br>          Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., a foreign<br>Corporation, ANNE BRANDON,<br>an individual, LAMONDE<br>RUSSELL, an individual, *et al.*,<br><br>          Defendants. | Case No.: 2:05cv 702-M<br><br>**Removed from the Circuit<br>Court of Bullock County,<br>Alabama** |

## MOTION TO DISMISS

Without waiving any other defense he may have to this lawsuit, Defendant Lamonde Russell moves to dismiss the Plaintiff's Complaint, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In support of this motion, Russell states that he has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Merck & Co., Inc.'s Notice of Removal.

R. Austin Huffaker, Jr.
One of the Attorneys for Defendant,
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock
Benjamin C. Wilson
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  (334) 206-3100
Facsimile: (334) 263-4157

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing document upon all interested parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 29th day of July 2005, as follows:

Andy D. Birchfield, Jr.
J. Paul Sizemore
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

OF COUNSEL