UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                          :      MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION       :
                                        :      SECTION: L
                                        :
                                        :      JUDGE FALLON
                                        :      MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

**PRETRIAL ORDER #1**
**Setting Initial Conference**

It appearing that civil actions listed on Schedule A, attached hereto, which were

transferred to this Court by order of the Judicial Panel on Multi District Litigation pursuant to its

order of February 16, 2005, merit special attention as complex litigation, it is, therefore,

ORDERED that:

1.      APPLICABILITY OF ORDER---Prior to the initial pretrial conference and entry

of a comprehensive order governing all further proceedings in this case, the provisions of this

Order shall govern the practice and procedure in those actions that were transferred to this Court

by the Judicial Panel on Multi District Litigation pursuant to its order of February 16, 2005 listed

on Schedule A. This Order also applies to all related cases filed in all sections of the Eastern

District of Louisiana and  will also apply to any "tag-along actions" later filed in, removed to, or

EXHIBIT

*C*

transferred to this Court.

2.    CONSOLIDATION---The civil actions listed on Schedule A  are consolidated for pretrial purposes. Any "tag-along actions" later filed in, removed to or transferred to this Court, or directly filed in the Eastern District of Louisiana,  will automatically be consolidated with this action  without the necessity of future motions or orders.  This consolidation, however, does not constitute a determination that the actions  should be consolidated for trial, nor does it have the effect of making any entity a party to any action in which he, she or it has not been named, served or added in accordance with the Federal Rules of Civil Procedure.

3.    DATE OF INITIAL CONFERENCE AND AGENDA FOR CONFERENCE--- Matters relating to pretrial and discovery proceedings in these cases will be addressed at an initial pretrial conference to be held on Friday, March 18, 2005 at 9:00 a.m. in Judge Eldon E. Fallon's courtroom, Room 468, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana. Counsel are expected to familiarize themselves with the *Manual for Complex Litigation, Fourth* ("MCL 4th") and be prepared at the conference to suggest procedures that will facilitate the expeditious, economical, and just resolution of this litigation.  The items listed in MCL 4th Sections 22.6,  22.61, 22.62, and 22.63 shall, to the extent applicable, constitute a tentative agenda for the conference.  Counsel shall confer and seek consensus to the extent possible with respect to the items on the agenda, including a proposed discovery plan, amendment of pleadings, and consideration of any class action allegations and motions.  If the parties have any suggestions as to any case management orders or additional agenda items,  these shall be faxed to (504) 589-6966 or otherwise submitted to the Court by March 11, 2005.

4.     POSITION STATEMENT---Plaintiffs and defendants shall submit to the Court by March 11, 2005 a brief written statement indicating their preliminary understanding of the facts involved in the litigation and the critical factual and legal issues. These statements will not be filed with the Clerk, will not be binding, will not waive claims or defenses, and may not be offered in evidence against a party in later proceedings. The parties' statements shall list all pending motions, as well as all related cases pending in state or federal court, together with their current status, including any discovery taken to date, to the extent known. The parties shall be limited to one such submission for all plaintiffs and one such submission for all defendants.

5.     APPEARANCE---Each party represented by counsel shall appear at the initial pretrial conference through their attorney who will have primary responsibility for the party's interest in this litigation. Parties not represented by counsel may appear in person or through an authorized and responsible agent. To minimize costs and facilitate a manageable conference, parties with similar interests may agree, to the extent practicable, to have an attending attorney represent their interest at the conference. A party will not by designating an attorney to represent its interest at the conference be precluded from other representation during the litigation, nor will attendance at the conference waive objections to jurisdiction, venue or service.

6.     SERVICE---Prior to the initial pretrial conference, service of all papers shall be made on each of the attorneys on the Panel Attorney Service List attached hereto and designated as Schedule B. Any attorney who wishes to have his/her name added to or deleted from such Panel Attorney Service List may do so upon request to the Clerk and notice to all other persons on such service list. The parties shall present to the Court at the initial conference a list of attorneys and their office addresses and E-mail addresses.

7.    EXTENSION AND STAY---The defendant is granted an extension of time for responding by motion or answer to the complaint(s) until a date to be set by this Court. Pending the initial conference and further orders of this Court, all outstanding discovery proceedings are stayed, and no further discovery shall be initiated. Moreover, all pending motions must be renoticed for resolution on a motion day or days after the Court's initial conference herein.

8.    MASTER DOCKET FILE---The Clerk of Court will maintain a master docket case file under the style "In Re: VIOXX Products Liability Litigation" and the identification "MDL No. 1657 ". When a pleading is intended to be applicable to all actions, this shall be indicated by the words: "This Document Relates to All Cases." When a pleading is intended to apply to less than all cases, this Court's docket number for each individual case to which the document number relates shall appear immediately after the words "This Document Relates to". The following is a sample of the pleading style:

| In Re: VIOXX Products Liability Litigation | MDL No. 1657 |
|---|---|
| | SECTION: L |
| This Document Relates to: | Judge Fallon<br>Mag. Judge Knowles |

9.    FILING---Until electronic filing is instituted in the Eastern District of Louisiana, a signed original of any pleading or paper together with the number of copies set forth in the Local Rules is all that need be filed. The Clerk of Court is directed to make all entries on the master docket sheet with a notation listing the cases to which the document applies, except that a document closing a case will also be entered on the individual docket sheet. All documents shall be filed in the master file.

-4-

10.    DOCKETING---When an action that properly belongs as a part of <u>In Re: VIOXX Products Liability Litigation</u> is hereinafter filed in the Eastern District of Louisiana or transferred here from another court, the Clerk of this Court shall:

a.    File a copy of this Order in the separate file for such action;

b.    Make an appropriate entry on the master docket sheet;

c.    Mail to the attorneys for the plaintiff in the newly filed or transferred case a copy of this Order;

d.    Upon the first appearance of any new defendant, mail to the attorneys for the defendant in such newly filed or transferred cases a copy of this Order.

11.    APPEARANCES---Counsel who appeared in a transferor court prior to transfer need not enter an additional appearance before this Court. Moreover, attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.6E and 83.2.7 are waived. Association of local counsel is not required.

12.    REMAND STIPULATIONS---In the event that a case is remanded, the parties shall furnish to the Clerk of Court a stipulation or designation of the contents of the record and furnish all necessary copies of any pleadings filed so as to enable the transferee clerk to comply with the order of remand.

13.    PRESERVATION OF EVIDENCE---All parties and their counsel are reminded of their duty to preserve evidence that may be relevant to this action. The duty extends to documents, data, and tangible things in possession, custody and control of the parties to this action, and any employees, agents, contractors, carriers, bailees, or other nonparties who possess

materials reasonably anticipated to be subject to discovery in this action. "Documents, data, and tangible things" is to be interpreted broadly to include writings, records, files, correspondence, reports, memoranda, calendars, diaries, minutes, electronic messages, voice mail, E-mail, telephone message records or logs, computer and network activity logs, hard drives, backup data, removable computer storage media such as tapes, discs and cards, printouts, document image files, Web pages, databases, spreadsheets, software, books, ledgers, journals, orders, invoices, bills, vouchers, checks statements, worksheets, summaries, compilations, computations, charts, diagrams, graphic presentations, drawings, films, charts, digital or chemical process photographs, video, phonographic, tape or digital recordings or transcripts thereof, drafts, jottings and notes, studies or drafts of studies or other similar such material. Information that serves to identify, locate, or link such material, such as file inventories, file folders, indices, and metadata, is also included in this definition. Until the parties reach an agreement on a preservation plan or the Court orders otherwise, each party shall take reasonable steps to preserve all documents, data and tangible things containing information potentially relevant to the subject matter of this litigation. Counsel is under an obligation to the Court to exercise all reasonable efforts to identify and notify parties and nonparties, including employees of corporate or institutional parties.

14.     FILING OF DISCOVERY REQUESTS---In accordance with Rule 5(d) of the Federal Rules of Civil Procedure, discovery requests and responses are not to be filed with the Clerk nor sent to the Judge's Chambers, except when specifically ordered by the Court to the extent needed in connection with a motion.

15.    LIAISON COUNSEL---Prior to the initial conference, counsel for the plaintiffs and counsel for the defendant shall, to the extent they have not already done so, confer and seek consensus on the selection of a candidate for the position of liaison counsel for each group who will be charged with essentially administrative matters. For example, liaison counsel shall be authorized to receive orders and notices from the Court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group and perform other tasks determined by the Court. Liaison counsel shall be required to maintain complete files with copies of all documents served upon them and shall make such files available to parties within their liaison group upon request. Liaison counsel are also authorized to receive orders and notices from the Judicial Panel on Multi District Litigation pursuant to Rule 5.2(e) of the Panel's *Rules of Procedure* or from the transferee court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group. The expenses incurred in performing the services of liaison counsel shall be shared equally by all members of the liaison group in a manner agreeable to the parties or set by the Court failing such agreement. Appointment of liaison counsel shall be subject to the approval of the Court. At the first conference liaison counsel and/or the parties should be prepared to discuss any additional needs for an organizational structure or any additional matters consistent with the efficient handling of this matter.

16. PLAINTIFFS' STEERING COMMITTEE---It is the Court's intent to appoint a Plaintiffs' Steering Committee ("PSC") to conduct and coordinate the discovery stage of this litigation with the defendant's representatives or committee. Applications/nominations for the

PSC positions must be filed as an original and one copy with the Eastern District of Louisiana's Clerk's Office on or before Monday, March 28, 2005. A copy must also be served upon counsel named in the attached list on the day of filing. The main criteria for membership in the PSC will be: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others; and (c) professional experience in this type of litigation. Applications/nominations should succinctly address each of the above criteria as well as any other relevant matters. No submissions longer than three (3) pages will be considered. The Court will only consider attorneys who have filed a civil action in this litigation.

Objections may be made to the appointment of a proposed applicant/nominee. Nevertheless, the Court will entertain only written objections to any application/nomination. These must be filed with the Clerk in an original and one copy on or before April 4, 2005. The objections, if there be any, must be short, yet thorough, and must be supported by necessary documentation. As with the application/nomination, any objection must be served on all counsel appearing on the attached list on the day of filing.

The PSC will have the following responsibilities:

Discovery

    (1)    Initiate, coordinate, and conduct all pretrial discovery on behalf of plaintiffs in all actions which are consolidated with the instant multi district litigation.

    (2)    Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all plaintiffs.

    (3)    Cause to be issued in the name of all plaintiffs the necessary discovery requests, motions, and subpoenas pertaining to any witnesses and

documents needed to properly prepare for the pretrial of relevant issues found in the pleadings of this litigation. Similar requests, notices, and subpoenas may be caused to be issued by the PSC upon written request by an individual attorney in order to assist him/her in the preparation of the pretrial stages of his/her client's particular claims.

(4)     Conduct all discovery in a coordinated and consolidated manner on behalf and for the benefit of all plaintiffs. No attorney for a plaintiff may be excluded from attending the examination of witnesses and other proceedings. Such attorney may suggest questions to be posed to deponents through the designated PSC members provided that such questions are not repetitious.

Hearings and Meetings

(1)     Call meetings of counsel for plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or of the Court. Initiate proposals, suggestions, schedules, or joint briefs, and any other appropriate matter(s) pertaining to pretrial proceedings.

(2)     Examine witnesses and introduce evidence at hearings on behalf of plaintiffs.

(3)     Act as spokesperson for all plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject of course to the right of any plaintiff's counsel to present non-repetitive individual or different positions.

Miscellaneous

(1)    Submit and argue any verbal or written motions presented to the Court or Magistrate on behalf of the PSC as well as oppose when necessary any motions submitted by the defendant or other parties which involve matters within the sphere of the responsibilities of the PSC.

(2)    Negotiate and enter into stipulations with Defendants regarding this litigation. All stipulations entered into by the PSC, except for strictly administrative details such as scheduling, must be submitted for Court approval and will not be binding until the Court has ratified the stipulation. Any attorney not in agreement with a non-administrative stipulation shall file with the Court a written objection thereto within ten (10) days after he/she knows or should have reasonably become aware of the stipulation. Failure to object within the term allowed shall be deemed a waiver and the stipulation will automatically be binding on that party.

(3)    Explore, develop, and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation.

(4)    Maintain adequate files of all pretrial matters and have them available, under reasonable terms and conditions, for examination by Plaintiffs or their attorneys.

(5)    Prepare periodic status reports summarizing the PSC's work and progress. These reports shall be submitted to the Plaintiffs' Liaison Counsel who will promptly distribute copies to the other plaintiffs' attorneys.

    (6)    Perform any task necessary and proper for the PSC to accomplish its responsibilities as defined by the Court's orders.

    (7)    Perform such other functions as may be expressly authorized by further orders of this Court.

    (8)    Reimbursement for costs and/or fees for services will be set at a time and in a manner established by the Court after due notice to all counsel and after a hearing.

17.    COMMUNICATION WITH THE COURT---Unless otherwise ordered by this Court, all substantive communications with the Court shall be in writing, with copies to opposing counsel. Nevertheless, the Court recognizes that cooperation by and among plaintiffs' counsel and by and among defendant's counsel is essential for the orderly and expeditious resolution of this litigation. The communication of information among and between plaintiffs' counsel and among and between defendant's counsel shall not be deemed a waiver of the attorney-client privilege or the protection afforded attorney's work product, and cooperative efforts contemplated above shall in no way be used against any plaintiff by any defendant or against any defendant by any plaintiff. Nothing contained in this provision shall be construed to limit the rights of any party or counsel to assert the attorney-client privilege or attorney work product doctrine.

New Orleans, Louisiana, this 17th day of February, 2005.

/s/ Eldon E. Fallon
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Attachments

-11-

A CERTIFIED TRUE COPY

FEB 1 6 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA    FEB 16 2005

2005 FEB 17  AM 11: 37    FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1657* LORETTA G. WHYTE
CLERK

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## TRANSFER ORDER

This litigation presently consists of 148 actions pending in 41 federal districts and listed on the attached Schedule A. Before the Panel are two motions, pursuant to 28 U.S.C. § 1407, that taken together seek centralization for coordinated or consolidated pretrial proceedings of all but one of these actions.[1] Plaintiff in one Eastern Louisiana action seeks centralization of this litigation in the Eastern or Western Districts of Louisiana. Defendant Merck & Co., Inc. (Merck) moves for centralization of this litigation in either the District of Maryland, the Southern District of Indiana, or the Northern District of Illinois. Merck also agrees with some plaintiffs that the District of New Jersey would be an appropriate transferee district. AmerisourceBergen Corp., a wholesaler defendant, supports centralization in the Maryland district. Most responding plaintiffs agree that centralization is appropriate, although some plaintiffs suggest alternative transferee districts, including the Northern District of Alabama, the Central or Northern Districts of California, the District of Delaware, the Southern District of Illinois, the District of Minnesota, the Eastern District of Missouri, the District of New Jersey, the Eastern or Southern Districts of New York, the Northern or Southern Districts of Ohio, the Western District of Oklahoma, the Eastern District of Pennsylvania, and the Southern or Western Districts of Texas.

---

* Judge Motz took no part in the decision of this matter.

[1] Included in the Section 1407 motions were eleven additional actions pending in the Central District of California (2), the Southern District of California (1), the Southern District of Illinois (2), the Southern District of Indiana (1), the Western District of Missouri (1), the Southern District of New York (1), the Northern District of Texas (1), and the Southern District of Texas (2). These actions have been either remanded to their respective state courts, voluntarily dismissed, or otherwise closed. Accordingly, inclusion of the actions in Section 1407 proceedings is moot.

One other action – *Teamsters Local 237 Welfare Fund, et al. v. Merck & Co., Inc.*, S.D. New York, C.A. No. 1:04-9248 – was not included on either MDL-1657 motion and is now included in this transfer order. All parties to this action had notice of the proceedings before the Panel relating to Section 1407 centralization and had an opportunity to participate in those proceedings by stating their respective positions in writing and during the Panel's hearing session.

The Panel has been notified of nearly 300 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

Fee_____
Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No_____

A CERTIFIED TRUE COPY

FEB 1 0 2005

- 2 -

The three arguments in opposition to Section 1407 centralization can be summarized as follows:  plaintiffs in two actions oppose inclusion of their actions in MDL-1657 proceedings because motions to remand their actions to state court are pending; plaintiffs in two of the three Texas actions along with plaintiffs in one third-party payor action pending in the Southern District of New York oppose these actions' inclusion in MDL-1657, arguing that individual questions of fact in their actions predominate over any common questions of fact and/or that discovery is already underway in these actions; and plaintiffs in one action pending in the Eastern District of New York oppose inclusion of their action in 1407 proceedings, since it involves additional claims relating to a different prescription medication not involved in other MDL-1657 actions.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  All actions focus on alleged increased health risks (including heart attack and/or stroke) when taking Vioxx, an anti-inflammatory drug, and whether Merck knew of these increased risks and failed to disclose them to the medical community and consumers.  Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

The pendency of a motion to remand to state court is not a sufficient basis to avoid inclusion in Section 1407 proceedings.  We note that motions to remand in two actions, one action each in the District of Kansas and the Eastern District of Missouri, as well as in any other MDL-1657 actions can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

Nor are we persuaded by the arguments of some opposing Texas plaintiffs and the New York third-party payor plaintiffs.  We point out that transfer under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that:  1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976); and 2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties.  We note that the MDL-1657 transferee court can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks – to efficiently manage this litigation.  In any event, we leave the extent and manner of coordination or consolidation of these actions to the discretion of the transferee court.  *In re Mutual Funds Investment Litigation*, 310 F.Supp.2d 1359 (J.P.M.L. 2004).  It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district.  But we are unwilling, on the basis of the record before us, to make such a determination at this time.  Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay.  *See* Rule 7.6, 199 F.R.D. at 436-38.  We are confident in the transferee judge's ability to streamline pretrial proceedings in these actions, while concomitantly directing the appropriate resolution of all claims.

- 3 -

The Panel is persuaded, however, that claims involving a prescription drug other than Vioxx in one Eastern District of New York action do not share sufficient questions of fact with claims relating to Vioxx to warrant inclusion of these non-Vioxx claims in MDL-1657 proceedings.

Given the geographic dispersal of constituent actions and potential tag-along actions, no district stands out as the geographic focal point for this nationwide docket. Thus we have searched for a transferee judge with the time and experience to steer this complex litigation on a prudent course. By centralizing this litigation in the Eastern District of Louisiana before Judge Eldon E. Fallon, we are assigning this litigation to a jurist experienced in complex multidistrict products liability litigation and sitting in a district with the capacity to handle this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending outside the Eastern District of Louisiana are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

IT IS FURTHER ORDERED that claims in *Dominick Cain, et al. v. Merck & Co., Inc., et al.*, E.D. New York, C.A. No. 1:01-3441, against Pharmacia Corp., Pfizer Inc., and G.D. Searle & Co. relating to a prescription medication other than Vioxx are simultaneously separated and remanded to the Eastern District of New York.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

## MDL-1657 -- In re Vioxx Products Liability Litigation

**SECT. L MAG. 3**

*CASE NO. ASSIGNED*
*EASTERN DIST OF Louisiana*

### Middle District of Alabama

*Paul Turner, Sr. v. Merck & Co., Inc.*, C.A. No. 1:04-999      05-0428
*Danny M. Wilson v. Merck & Co., Inc.*, C.A. No. 2:03-844      05-0429

### Northern District of Alabama

*Carolyn O. Hensley, etc. v. Merck & Co., Inc.*, C.A. No. 1:03-906      05-0430
*William Cook v. Merck & Co., Inc., et al.*, C.A. No. 2:02-2710      05-0431
*Sharon Scott Jones v. Merck & Co., Inc.*, C.A. No. 5:04-3079      05-0432

### Southern District of Alabama

*Carolyn Younge, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:03-125      05-0433

### Eastern District of Arkansas

*Linda Sue Otts v. Merck & Co., Inc.*, C.A. No. 5:04-57      05-0434

### Western District of Arkansas

*Bobby Brown, et al. v. Merck & Co., et al.*, C.A. No. 4:04-4140      05-0435
*Arthur Fulton, etc. v. Merck & Co., Inc.*, C.A. No. 6:03-6107      05-0436

### Central District of California

*Charles Ashman v. Merck & Co., Inc.*, C.A. No. 2:04-8225      05-0437
*Janet Briggs v. Merck & Co., Inc.*, C.A. No. 2:04-9275      05-0438

### Northern District of California

*Kathy Tokes v. Merck & Co., Inc.*, C.A. No. 3:04-4435      05-0439
*Patricia A. Taylor v. Merck & Co., Inc.*, C.A. No. 3:04-4510      05-0440
*Jeffrey Brass v. Merck & Co., Inc.*, C.A. No. 3:04-4521      05-0441

### Middle District of Florida

*Frances Dunleavey, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-539      05-0442

- A2 -

**MDL-1657 Schedule A (Continued)**

**SECT. L MAG. 3**

### Northern District of Florida

*Benjamin Burt, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-388          05-0443

### Southern District of Florida

*Ellen B. Gerber, et al. v. Merck & Co., Inc.*, C.A. No. 0:04-61429          05-0444
*Josefa Abraham, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-22631          05-0445
*Sidney Schneider v. Merck & Co., Inc., et al.*, C.A. No. 1:04-22632          05-0446
*Clara Fontanilles v. Merck & Co., Inc.*, C.A. No. 1:04-22799          05-0447
*Stanley Silber, et al. v. Merck & Co., Inc.*, C.A. No. 9:04-80983          05-0448

### Northern District of Georgia

*Richard Zellmer v. Merck & Co., Inc., et al.*, C.A. No. 1:03-2530          05-0449
*Edna Strickland v. Merck & Co., Inc.*, C.A. No. 1:04-3231          05-0450

### Northern District of Illinois

*Linda Grant, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-6407          05-0451
*Constance Oswald v. Merck & Co., Inc.*, C.A. No. 1:04-6741          05-0452
*Anita Ivory v. Merck & Co., Inc.*, C.A. No. 1:04-7218          05-0453

### Southern District of Illinois

*Roberta Walson, etc. v. Merck & Co., Inc.*, C.A. No. 3:04-27          05-0454
*John Ellis v. Merck & Co., Inc., et al.*, C.A. No. 3:04-792          05-0455
*Bilbrey v. Merck & Co., Inc.*, C.A. No. 3:04-836          05-0456

### Southern District of Indiana

*Estate of Lowell D. Morrison v. Merck & Co., Inc.*, C.A. No. 1:03-1535          05-0457
*Kimberly Van Jelgerhuis, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-1651          05-0458

### District of Kansas

*Vicky Hunter v. Merck & Co., Inc.*, C.A. No. 2:04-2518          05-0459
*Betty S. Smith v. Merck & Co., Inc.*, C.A. No. 6:04-1355          05-0460

- A3 -

**MDL-1657 Schedule A (Continued)**

**SECT. L MAG. 3**

### Eastern District of Kentucky

| | |
|---|---|
| *Daniel K. Williams v. Merck & Co., Inc.*, C.A. No. 2:04-235 | 05-0461 |
| *Richard J. Getty, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-452 | 05-0462 |

### Eastern District of Louisiana

*Salvadore Christina, Sr. v. Merck & Co., Inc.*, C.A. No. 2:04-2726
*Angelis Alexander v. Merck & Co., Inc.*, C.A. No. 2:04-2845
*Leonce Davis v. Merck & Co., Inc.*, C.A. No. 2:04-2937
*Mary V. Gagola v. Merck & Co., Inc.*, C.A. No. 2:04-3053
*Christine L. Parr v. Merck & Co., Inc.*, C.A. No. 2:04-3054
*Clifton Adam Savage, Sr. v. Merck & Co., Inc.*, C.A. No. 2:04-3055
*Delores Thomas Robertson v. Merck & Co., Inc.*, C.A. No. 2:04-3056
*Howard Mark Falick v. Merck & Co., Inc.*, C.A. No. 2:04-3060
*Warren L. Gottsegen, M.D. v. Merck & Co., Inc.*, C.A. No. 2:04-3065

### Middle District of Louisiana

| | |
|---|---|
| *Michael Wayne Russell v. Merck & Co., Inc.*, C.A. No. 3:04-712 | 05-0463 |
| *Linda Kay Hudson v. Merck & Co., Inc.*, C.A. No. 3:04-776 | 05-0464 |
| *Jesse Wilkinson v. Merck & Co., Inc.*, C.A. No. 3:04-800 | 05-0465 |
| *Wilson Brown v. Merck & Co., Inc.*, C.A. No. 3:04-801 | 05-0466 |
| *Dorothy Bracken v. Merck & Co., Inc.*, C.A. No. 3:04-802 | 05-0467 |
| *James Edward Benoit v. Merck & Co., Inc.*, C.A. No. 3:04-803 | 05-0468 |
| *Clarence Chiszle v. Merck & Co., Inc.*, C.A. No. 3:04-804 | 05-0469 |

### Western District of Louisiana

| | |
|---|---|
| *Anthony J. Mallet, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:02-2304 | 05-0470 |
| *Calvin Warren, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-2110 | 05-0471 |
| *Vicki White v. Merck & Co., Inc.*, C.A. No. 3:04-2126 | 05-0472 |
| *Norma Merrit, et al. v. Merck & Co., Inc.*, C.A. No. 5:03-1401 | 05-0473 |
| *Herchial Wright, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2268 | 05-0474 |
| *Leroy Bates, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2269 | 05-0475 |
| *Vaughn McKnight v. Merck & Co., Inc.*, C.A. No. 5:04-2270 | 05-0476 |
| *Josephine Harper v. Merck & Co., Inc.*, C.A. No. 5:04-2271 | 05-0477 |
| *Lendell Burns, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2272 | 05-0478 |
| *Leona Sadler v. Merck & Co., Inc.*, C.A. No. 5:04-2273 | 05-0479 |
| *William Tice, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2274 | 05-0480 |
| *Maynard Butler, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2275 | 05-0481 |
| *Marion Evans, et al. v. Merck & Co., Inc.*, C.A. No. 5:04-2276 | 05-0482 |
| *Donna Lavergne v. Merck & Co., Inc.*, C.A. No. 6:04-2174 | 05-0483 |

- A4 -

**MDL-1657 Schedule A (Continued)**

BEST | MAGE 3

### District of Maryland

| | |
|---|---|
| *Lindsey Edler, etc. v. Merck & Co., Inc.*, C.A. No. 1:03-3612 | 05-0484 |
| *Melvin Biles v. Merck & Co., Inc.*, C.A. No. 1:04-975 | 05-0485 |
| *David Morris, Jr. v. Merck & Co., Inc.*, C.A. No. 8:04-3024 | 05-0486 |
| *Daniel Martin Jeffers, et al. v. Merck & Co., Inc.*, C.A. No. 8:04-3604 | 05-0487 |

### District of Massachusetts

| | |
|---|---|
| *Frank R. Saia v. Merck & Co., Inc.*, C.A. No. 1:04-12166 | 05-0488 |

### District of Minnesota

| | |
|---|---|
| *Carolyn Y. Glover v. Merck & Co., Inc.*, C.A. No. 0:03-5166 | 05-0489 |
| *Lowell Burris, Jr. v. Merck & Co., Inc.*, C.A. No. 0:04-4375 | 05-0490 |
| *Shirley Homister v. Merck & Co., Inc.*, C.A. No. 0:04-4754 | 05-0491 |

### Northern District of Mississippi

| | |
|---|---|
| *Frances Shannon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:03-105 | 05-0492 |

### Southern District of Mississippi

| | |
|---|---|
| *Leona McFarland, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:03-247 | 05-0493 |
| *Bettye J. Magee, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:03-249 | 05-0494 |
| *Jerry Melton v. Merck & Co., Inc., et al.*, C.A. No. 2:04-372 | 05-0495 |
| *Janet Sue Morgan, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:03-435 | 05-0496 |
| *Brenda Price, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:04-866 | 05-0497 |

### Eastern District of Missouri

| | |
|---|---|
| *Deyonne E. Whitmore v. Merck & Co., Inc.*, C.A. No. 4:03-1354 | 05-0498 |
| *Janice Perkins v. Merck & Co., Inc.*, C.A. No. 4:04-1446 | 05-0499 |
| *Jurhee Bench v. Merck & Co., Inc.*, C.A. No. 4:04-1447 | 05-0500 |

### Western District of Missouri

| | |
|---|---|
| *Caroline Nevels v. Merck & Co., Inc., et al.*, C.A. No. 4:04-952 | 05-0501 |
| *Russell Young, etc. v. Merck & Co.*, C.A. No. 6:04-5117 | 05-0502 |

- A5 -

**MDL-1657 Schedule A (Continued)**

SECT. L MAG. 3

### District of New Jersey

| | |
|---|---|
| *Patrick Besaw v. Merck & Co., Inc.*, C.A. No. 3:04-5178 | 05-0503 |
| *Brenda Aguero, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-5341 | 05-0504 |

### Eastern District of New York

| | |
|---|---|
| *Dominick Cain, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:01-3441 | 05-0505 |
| *William Hanson v. Merck & Co., Inc.*, C.A. No. 1:04-2949 | 05-0506 |
| *Jerome Covington v. Merck & Co., Inc.*, C.A. No. 1:04-4439 | 05-0507 |
| *Alan Mell v. Merck & Co., Inc.*, C.A. No. 1:04-4606 | 05-0508 |
| *Lorraine Fialo v. Merck & Co., Inc.*, C.A. No. 1:04-4686 | 05-0509 |
| *Lawrence Wright, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-4485 | 05-0510 |
| *William Fontanetta, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-4486 | 05-0511 |

### Southern District of New York

| | |
|---|---|
| *Laney C. Davis v. Merck & Co., Inc.*, C.A. No. 1:04-8082 | 05-0512 |
| *Elizabeth Aiken v. Merck & Co., Inc.*, C.A. No. 1:04-8085 | 05-0513 |
| *Walter McNaughton v. Merck & Co. Inc.*, C.A. No. 1:04-8297 | 05-0514 |
| *Carmen M. Pagan, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-8959 | 05-0515 |
| *Teamsters Local 237 Welfare Fund, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-9248 | 05-0516 |
| *Anna Quick v. Merck & Co., Inc.*, C.A. No. 7:04-8169 | 05-0517 |

### Northern District of Ohio

| | |
|---|---|
| *Marjory Knoll v. Merck & Co., Inc.*, C.A. No. 1:04-2209 | 05-0518 |
| *Danford K. Jones, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-2217 | 05-0519 |
| ~~James E.~~ *Meadows, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-2229 | 05-0520 |
| *Wanda Moldovan, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-2245 | 05-0521 |
| *Janet Dauterman, et al. v. Merck & Co., Inc.*, C.A. No. 3:03-7623 | 05-0522 |

### Western District of Oklahoma

| | |
|---|---|
| *Paul E. House v. Merck & Co., Inc.*, C.A. No. 5:04-1235 | 05-0523 |

### Eastern District of Pennsylvania

| | |
|---|---|
| *Henry Smith, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-4713 | 05-0524 |
| *Michelle Donovan v. Merck & Co., Inc.*, C.A. No. 2:04-4882 | 05-0525 |
| *Gwendolyn L. Carr v. Merck & Co., Inc.*, C.A. No. 2:04-4900 | 05-0526 |
| *Fred S. Engle v. Merck & Co., Inc.*, C.A. No. 2:04-5077 | 05-0527 |
| *Merrick Sirota, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-5130 | 05-0528 |

- A6 -

**MDL-1657 Schedule A (Continued)**



District of Puerto Rico

*Rafael Gonzalez-Arias, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-2263          05-0529

District of South Carolina

*Bridget Elaine Michaud, etc. v. Merck & Co., Inc.*, C.A. No. 4:03-3083          05-0530

Eastern District of Texas

*Arthur Clifford Hall, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-684          05-0531
*Brenda Lewis, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-685          05-0532
*Billie Painton, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-686          05-0533
*Lovincy Richard, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:04-703          05-0534
*Bill Jolley, et al. v. Merck & Co., Inc.*, C.A. No. 2:04-376          05-0535
*Marian Williamson, etc. v. Merck & Co., Inc.*, C.A. No. 2:04-406          05-0536
*Deborah Daley, etc. v. Merck & Co., Inc., et al.*, C.A. No. 6:03-509          05-0537

Northern District of Texas

*Dellas Staples, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:03-180          05-0538
*Michael R. Leonard v. Merck & Co., Inc.*, C.A. No. 3:04-2157          05-0539
*Jack A. Register, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:04-2259          05-0540

Southern District of Texas

*Heirs of the Estate of Pablo Flores v. Merck & Co., Inc., et al.*, C.A. No. 2:03-362          05-0541
*Audona Sandoval v. Merck & Co., Inc.*, C.A. No. 2:04-544          05-0542
*Jeffrey L. Denny, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:04-526          05-0543
*Kimberly D. Stubblefield, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:02-3139          05-0544
*John P. Eberhardt v. Merck & Co., Inc.*, C.A. No. 4:03-1380          05-0545
*Myrtle Louise Bell, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:03-3448          05-0546
*Thomas Joseph Pikul, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:03-3656          05-0547
*Opalene Stringer, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:03-3657          05-0548
*Reginald K. Fears v. Merck & Co., Inc.*, C.A. No. 4:04-4187          05-0549
*Peggy J. Balch v. Merck & Co., Inc.*, C.A. No. 4:04-4201          05-0550
*John R. Stout v. Merck & Co., Inc.*, C.A. No. 4:04-4205          05-0551
*Charles C. Gilmore v. Merck & Co., Inc.*, C.A. No. 4:04-4206          05-0552
*Johnny White v. Merck & Co., Inc.*, C.A. No. 4:04-4207          05-0553
*Donna Hale v. Merck & Co., Inc.*, C.A. No. 4:04-4208          05-0554
*Bernadette Young v. Merck & Co., Inc.*, C.A. No. 4:04-4209          05-0555
*William B. Gregory, Jr. v. Merck & Co., Inc.*, C.A. No. 4:04-4327          05-0556

- A7 -

**MDL-1657 Schedule A (Continued)**

SECT. L MAG

Southern District of Texas (Continued)

| | |
|---|---|
| *Patricia Benavides, etc. v. Merck & Co., Inc., et al.*, C.A. No. 5:03-134 | 05-0557 |
| *Patricia Benavides, etc. v. Merck & Co., Inc., et al.*, C.A. No. 5:04-153 | 05-0558 |
| *Olga Sanchez v. Merck & Co., Inc., et al.*, C.A. No. 7:04-352 | 05-0559 |
| *Maria Emma Hinojosa v. Merck & Co., Inc.*, C.A. No. 7:04-373 | 05-0560 |

Western District of Texas

| | |
|---|---|
| *Joe Hopson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:04-485 | 05-0561 |
| *Larry Lee Bauman, et al. v. Merck & Co., Inc.*, C.A. No. 1:04-707 | 05-0562 |
| *Carolyn Reed, etc. v. Minor, et al.*, C.A. No. 1:04-731 | 05-0563 |

District of Utah

| | |
|---|---|
| *Della Jo Salt, et al. v. Merck & Co., Inc.*, C.A. No. 2:01-794 | 05-0564 |

District of Vermont

| | |
|---|---|
| *Sara Cheeseman v. Merck & Co., Inc.*, C.A. No. 1:04-261 | 05-0565 |

Western District of Virginia

| | |
|---|---|
| *Catherine Wheatley, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:04-20 | 05-0566 |

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List                                    Page 1

Docket: 1657 - In re Vioxx Products Liability Litigation
Status:  Transferred on 02/16/2005                                        **SCHEDULE B**
Transferee District: LAE     Judge: Fallon, Eldon E.
                                                                         Printed on 02/16/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Allen, Jr, T. Scott<br>Cruse, Scott, Henderson & Allen<br>2777 Allen Parkway<br>7th Floor<br>Houston, TX 77019 | => Arango, M.D , Dario*; Dario Arango, M.D., P A. dba Arango Family & Industrial Clinic*, Dennis, Dr.<br>Michael D.*; Suderman, D O., Emery L.* |
| Americsourcebergen,<br>1300 Morris Drive<br>Suite 100<br>Chesterbrook, PA 19087 | => Amerisource, Inc., Amerisourcebergen#; Bergen Brunswig Drug Co.# |
| Arsenault, Richard J.<br>Neblett Beard & Arsenault<br>P O. Box 1190<br>Alexandria, LA 71309-1190 | => Lavergne, Donna |
| Aylstock, Bryan F.<br>Aylstock, Witkin & Sasser, P.L C.<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561 | => Price, Bobby, Price, Brenda |
| Bailey, Blake H.<br>Bailey Law Firm<br>112 South Broadway<br>Tyler, TX 75702 | => Bailey, Jerlene*; Ford, James*; Harrington, John*, Hollandsworth, James*, Irvin, Barbara*; Jolley,<br>Bill*, Morrison, Ethel*; Smith, Shirley*; Williams, James*, Young, David* |
| Barkley, Steven C.<br>3560 Delaware<br>Suite 305<br>Beaumont, TX 77706 | => Hall (Ind /Rep /Est.-Margaret Isabel) Arthur Clifford, Hall, Eliot; Hall, Frank Harold |
| Barrett, David A.<br>Boies, Schiller & Flexner, LLP<br>570 Lexington Avenue<br>16th Floor<br>New York, New York 10022 | => Cain, Alex*; Moss, Bobbie*; Watkins, William* |
| Becnel, Bradley Douglas<br>Law Offices Of Daniel E. Becnel, Jr.<br>425 W. Airline Hwy.<br>Suite B<br>Laplace, LA 70068 | => Savage, Sr , Clifton Adam |
| Becnel, Jr, Daniel E<br>Law Offices of Daniel E. Becnel, Jr.<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084-2095 | => Benoit, James Edward, Bracken, Dorothy; Brown, Wilson; Chiszle, Clarence; Christina, Sr., Salvadore*;<br>Davis, Leonce; Falick, Howard Mark; Gagola, Mary V., Hudson, Linda Kay; Parr, Christine L.;<br>Robertson, Delores Thomas; Wilkinson, Jesse |
| Bergen Brunswig,<br>P O  Box 959<br>Valley Forge, PA 19482 | => Bergen Brunswig Drug Co. dba Amerisourcebergen |
| Berger, C. William<br>Furr & Cohen<br>One Boca Place<br>2255 Glades Road | => Silber, Stanley; Silber, Susan |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 337W<br>Boca Raton, FL 33431 | |
| Birchfield, Jr, Andy D.<br>Beasley, Allen, Crow, Methvin, Portis & Miles<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160 | => Abram, Antoinette*; Adams (Behalf-Janet), Eddie William*; Brown (Behalf-Stephen Anthony), Tracy*; Chapman, Eunice*; Cook, William*; Early, Reginald*; Eckols, Lula*; Eckols, Tommy Lee*; Flanagan, Geneva L.*; Gough, Jerry*; Halbert, Josephine*; Harmon, Roy*; Holmes, Gene*; Hopkins (Behalf-Emma Conner), Willie Mae*; Hudson, Camilla Faye*; Johnson, Sharon*; Jones, Annie*; Jones, Jessie Lee*; King, Tonya Lynn*; Logan, Joe W.*; Magee, Bettye J.*; Maynor, Linder*; McFarland, Leona*; McMillan, Louise*; McNeil, Bessie*; Morgan, Janet Sue*; Morgan, Stephanie*; Moulds (Behalf-Alice Lessie Atchley), Rachel*; Norwood, Annie*; Oliver (Behalf-Kenneth Ray), Frances Ann*; Otts, Linda Sue*; Parsons, Mary*; Payton, Eddie William*; Pegues, Riella*; Powell, Susie M.*; Smith, James*; Starling, Lamont*; Sykes, Melissa*; Tucker, Barbara*; Warren, James Howard*; Wheatley (Adm./Est.-Carl), Catherine*; Wheaton, Rosie C.*; Younge (Ind./Adm./Est.-Charles Marvin), Carolyn*; Zellmer, Richard* |
| Bradford, Reshonda L.<br>Singleton Law Firm<br>4050 Linwood Ave<br>Shreveport, LA 71108 | => Allegretto, Fran, Anderson, Comecia; Anderson, Frederick, Baylor, Ruthie; Brooks, Magaline; Edwards, Joe Ree; Garcie, Mattie; Hall, Calvin; Kersee, Mary; Merrit, Norma; Netter, Carlos, Payne, Minnie, Rice, Thelma, Upshaw, James |
| Bruno, Joseph M.<br>Bruno & Bruno, LLP<br>855 Baronne Street<br>New Orleans, LA 70113 | => Alexander, Angelis* |
| Buchanan, Virginia M<br>Levin, Papatonio, Thomas, Mitchell, et al.<br>316 South Baylen Street, Suite 600<br>P O Box 12308,<br>Pensacola, FL 32501 | => Burt, Benjamin R., Burt, Shirley |
| Cabraser, Elizabeth J.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339 | => Aguero, Brenda*, Herke, Sherrill* |
| Carboy, Andrew J<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Fontanetta, Robin, Fontanetta, William |
| Carroll, Raymond S<br>Law Offices Of Weiner, carroll & Strauss<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => McNaughton, Walter* |
| Colingo, Joseph R<br>Williams, Heidelberg, et al.<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407 | => Stewart, Dr. Reginald |
| Cory, Ernest<br>Cory, Watson, Crowder & DeGaris, P C.<br>2131 Magnolia Avenue | => Fulton (Adm./Est.-Rebeka Kayla Schultz), Arthur*; Hensley (Exe./Est.-Henry Lee), Carolyn O.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 200<br>Birmingham, AL 35205 | |
| Craig, Jr, C. York<br>Craig, Hester, Luke & Dodson<br>P O Box 12005<br>Jackson, MS 39236-2005 | => Columbia Discount Drugs, Inc.; Super D #143 |
| Crum, Richard E.<br>Cobb, Shealy, Crum & Derrick, P A.<br>P.O. Box 6346<br>Dothan, AL 36302-6346 | => Turner, Sr , Paul* |
| D'Amato, Jr, John Michael<br>Russo, Scamardella & D'Amato, P.C.<br>1010 Forest Avenue<br>Staten Island, NY 10310 | => Fialo, Lorraine |
| Deters, Eric C<br>Eric C Deters & Associates, P.S.C.<br>5247 Madison Pike<br>Independence, KY 41051 | => Williams, Daniel K.* |
| Dixon, Ivan<br>8413 Edgewood Drive<br>Rowlett, TX 75089 | => Dixon, Ivan |
| Eberhardt, John P<br>#1083045<br>1100 FM 655<br>Rosharon, TX 77583 | => Eberhardt, John P |
| Edelman, Daniel A.<br>Edelman, Combs & Latturner, LLC<br>120 South LaSalle Street<br>18th Floor<br>Chicago, IL 60603 | => Ivory, Anita |
| Edmonson, Richard M<br>Armstrong Allen, PLLC<br>4450 Old Canton Road<br>Suite 210<br>Jackson, MS 39211 | => Fred's Express |
| Fayard, Jr, Calvin C<br>Fayard & Honeycutt<br>519 Florida Avenue, S W<br>Denham Springs, LA 70726 | => Russell, Michael Wayne* |
| Fears, Reginald K.<br>James H. Byrd Unit<br>21 FM 247<br>Huntsville, TX 77320 | => Fears, Reginald K. |
| Federman, William B<br>Federman & Sherwood<br>120 North Robinson Avenue<br>Suite 2720<br>Oklahoma City, OK 73102 | => House, Paul E.*, Leonard, Michael R.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,657 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Fiesta, Ronald V<br>Kenneth B. Moll & Associates, Ltd.<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602 | => Chartrand, Larry*, Grant, Linda* |
| Flowers, R. Allen<br>Flowers Law Firm<br>341 North 25th Avenue<br>Hattiesburg, MS 39401 | => Willis, M.D., Todd |
| Foster, Shawn G.<br>Davis, Bethune & Jones, LLC<br>1100 Main Street<br>Suite 2390<br>Kansas City, MO 64105 | => Bench, Jurhee*; Hunter, Vicky* |
| Fox, Dana Casselli<br>Waters & Kraus<br>3219 McKinney Avenue<br>Suite 3000<br>Dallas, TX 75204 | => Baldoni, Eugene; Blumfield, Travis; Brumfield, Travis; Lassig, Ashley; Lassig, Leonard, Lassig, Martha, Pearson, Carolyn; Pearson, Elizabeth, Smith, Carolyn; Smith, Eric, Staples, Billy; Staton (Ind./Per./Rep /Heirs/Est.-David Wayne), Rosa Linda, Valdone, Chip |
| Freese, Richard A<br>Sweet & Freese, P L L C.<br>P O Box 1178<br>Jackson, MS 39215 | => Melton, Jerry |
| Gallagher, Michael T<br>Gallagher Law Firm, P.C<br>777 Walker Street<br>Suite 2500<br>Houston, TX 77002 | => Balch, Peggy J * |
| Gancedo, Hector G.<br>Gancedo & Nieves<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 | => Briggs, Janet |
| Garcia, Ricardo A<br>820 S Main Street<br>McAllen, TX 78501 | => Sanchez, Olga* |
| Gibson, Mary<br>P.O Box 400<br>St. Mary's, GA 31558 | => Gibson, Mary |
| Goldser, Ronald S.<br>Zimmerman Reed, P.L L P<br>651 Nicollet Mall<br>Suite 501<br>Minneapolis, MN 55402-4123 | => Dauterman, Brock; Dauterman, Holly; Dauterman, Janet; Dauterman, Rod; Dauterman, Ryan; Glover, Carolyn Y.; Michaud (Ind./Per./Rep. on behalf of the Estate of Andre Adrian Michaud, Decedent Andre Adrian Michaud), Bridget Elaine; Whitmore, Deyonne E |
| Goldwasser, Andrew S.<br>Ciano & Goldwasser<br>460 MK Ferguson Plaza<br>1500 West Third Street<br>Suite 460<br>Cleveland, OH 44113 | => Knoll, Marjory |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Graffeo, C. Anthony<br>Watson, Jimmerson, Givhan, et al.<br>203 Greene Street<br>P.O. Box 18368<br>Hunstville, AL 35804 | => Jones, Sharon Scott |
| Griesenbeck, Tim T.<br>Plunkett & Gibson<br>Renaissance Plaza, Suite 1100<br>70 N.E. Loop 410<br>P.O. Box 795061<br>San Antonio, TX 78216 | => Mercy Hospital of Loredo d/b/a Mercy Regional Medical Center |
| Griffith, Patricia<br>1045 Evelyn Avenue<br>Clarksdale, MS 38614<br>*** Bad Address *** | => Griffith, Patricia |
| Guerriero, Jeffrey D.<br>Guerriero & Guerriero<br>P.O. Box 4092<br>Monore, LA 71211-4092 | => Warren, Calvin; Warren, Jessica |
| Harke, Lance A.<br>Harke & Clasby<br>155 South Miami Avenue<br>Suite 600<br>Miami, FL 33130 | => Fontanilles, Clara |
| Hebderson, Craig D.<br>Gary, Thomasson, Hall & Mark<br>Professional Corp<br>P.O. Box 2888<br>210 S. Carancahua<br>Corpus Christi, TX 78403 | => Reed (Ind /widow-Johnney), Carolyn |
| Hockema, David Hadden<br>Hockema, Tippit & Escobedo, L.L.P.<br>1 Paseo Del Prado<br>Bldg. 101<br>P.O. Box 720540<br>McAllen, TX 78504-0540 | => Hinojosa, Maria Emma* |
| Hodges, Robert M.<br>Wise, Carter, Child & Caraway<br>P.O. Box 651<br>Jackson, MS 39205-0651 | => Mississippi Emergency Associates, P.A. |
| Howell, III, Jesse L.<br>Copeland, Cook, Taylor & Bush, P.A.<br>200 Concourse, Suite 200<br>1062 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 | => Bonners Pharmacy* |
| Hughes, John F.<br>Wilkins, Stephens & Tipton<br>P.O. Box 13429<br>Jackson, MS 39236-3429 | => Reid, M.D., Richard |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Hutton, Mark B.<br>Hutton & Hutton<br>P O. Box 638<br>Wichita, KS 67201 | => Smith, Betty S. |
| Hylla, David A.<br>Bilbrey & Hylla<br>8724 Pin Oak Road<br>P O  Box 975<br>Edwardsville, IL 62025<br>*** Bad Address *** | => Bilbrey, Patricia |
| Johnson, Dennis J.<br>Johnson & Perkinson<br>1690 Williston Road<br>P O  Box 2305<br>S  Burlington, VT 05403 | => Cheeseman, Sara* |
| Johnson, Walter T.<br>Watkins & Eager<br>P O. Box 650<br>Jackson, MS 39205-0650 | => G D  Searle & Co ; G.D  Searle, LLC, Monsanto Co., Pharmacia Corp. |
| Johnson, III, Whitman B<br>Currie, Johnson, Griffin, Gaines & Myers<br>P O  Box 750<br>Jackson, MS 39205-0750 | => Lee, M D., Charles D. |
| Jones, Christy D<br>Butler, Snow, O'Mara, Stevens & Cannada<br>P O. Box 22567<br>Jackson, MS 39225-2567 | => Delta Discount Drugs Inc |
| Josephson, Richard L<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisana Street<br>Suite 3000<br>Houston, TX 77002-9934 | => R/D Clinical Research, Inc., Resnick, M.D , Harvey |
| Katz, Melissa C.<br>Waters & Kraus<br>3219 Mckinney<br>Suite 3000<br>Dallas, TX 75204 | => Bareham, Sandra; Bolen, Larry; Briggs, Robert; Conditt, Kathy, Holland, Michael; Joiner, Sherri,<br>Knowles, Katrina, Lenormand, Pamela, Mitchell, Robert, Taucer, Albert; Thompson, John; Tucker, Jerry |
| Kegerreis, Sharon L.<br>Hughes, Hubbard & Reed, LLP<br>201 S. Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131-4332 | => Publix Super Markets, Inc. |
| Kennedy, R. Eric<br>Weisman, Kennedy & Berris<br>1600 Midland Building<br>101 Prospect Avenue, West<br>Cleveland, OH 44115 | => Jones, Danford K.*; Jones, Gilda C.* |
| Kleinberg, Norman C.<br>Hughes Hubbard & Reed LLP | => Merck & Co , Inc * |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| One Battery Park Plaza<br>New York, NY 10004 | |
| Knoll, Marjory<br>Law Office Of Robert J. Dicello<br>7556 Mentor Avenue<br>Mentor, OH 44060 | => Meadows, James E.*; Meadows, Jr., James E.; Meadows, June; Meadows, Stephen G. |
| Kolman, Timothy M<br>Timothy M. Kolman And Associates<br>225 North Flowers Mill Road<br>The Shoppes at Flowers Mill<br>Langhorne, PA 19047 | => Donovan, Michelle |
| Lamp, Joel C.<br>Assistant General Counsel<br>Tort Litigation Division, Wal-Mart Stores, Inc.<br>702 S.W. 8th Street<br>Bentonville, AR 72716-0215 | => Wal-Mart Stores, Inc. |
| Land, John W.<br>Bryan, Nelson, Randolph & Weathers<br>P.O. Drawer 18109<br>Hattiesburg, MS 39404-8109 | => Mettsave Drugs; Quitman Drug Co. |
| Lanier, W Mark<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | => Brown, Bobby*; Brown, Linda*; Daley (Ind./Rep./Est.-Robert Deleon & Next Friend for Scott A. & Shirley Mann), Deborah*; Stubblefield (Ind./Rep./Est.-Keith Jerome & Next Friend-Keith Jerome, Korietta Lashay, Kendall Wayne& Kedrick Roy), Kimberly D.* |
| Leathers, Jeffrey D<br>Greer, Pipkin, Russell, Dent & Leathers<br>P O Box 907<br>Tupelo, MS 38802 | => Community Discount Pharmacy* |
| Leesfield, Ira H.<br>Leesfield, Leighton, Rubio & Mahfood, P.A.<br>2350 South Dixie Highway<br>Miami, FL 33133 | => Schneider, Sidney |
| Levin, Arnold<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | => Besaw, Patrick*; Smith, Henry*; Smith, Mary* |
| Lewis, Carlene Rhodes<br>Goforth, Lewis, Sanford, LLP<br>1111 Bagby<br>Suite 2200<br>Houston, TX 77002 | => Ahl, June*; Alaniz, Flora*; Allen, George*; Alston, Jr., John*; Anglin, Helen*; Austin, Nancy*; Baker, Mary*; Baker, Norma*; Baldwin, Kenneth*; Banks, Judy*; Barrington, Ernest*; Bell, Myrtle Louise*; Benavides (Ind./Rep/Est.-Lucia Gutierrez), Patricia*; Berry, Flora*; Bogdany, Arthur*; Bridgers, Rebecca*; Bronze, Sandra*; Brooks, Fredrick*; Brow, Mary*; Brown, Esther*; Brown, Wattie*; Buck, Patricia*; Buckner, Claude*; Bullock, Barbara*; Burk-Cameron, Patricia*; Burkett (Legal Heir/Est.-Lelan Stringer), Majorie*; Burrell, Willie*; Busby-Allen, Sharla*; Butcher, Shirley*; Calder, Virginia*; Camacho, Maria*; Carney, Homer*; Carter, Andrea*; Carter, Essie*; Carter, Helen Portis*; Castro, Hortensia*; Cebrum, Alice*; Chambers, Christopher*; Chane, Della*; Chatman, Charles*; Childress, Cynthia*; Chocolate, Belinda*; Clark, Beulah*; Clark, Cortrena*; Clark, Delores*; Clark, Mary*; Clayton, Marsha*; Cluff, Anna*; Coleman, Lula*; Combs, David*; Cooper, Roberts*; Coppedge, Darryle*; Crick, Kimberly*; Cruz, Esperanza*; Cryer, Becky*; Dahl, David*; De La Rosa, Odilla*; Deainza, Barbara*; Denny, Jeffrey L.*; Denny, Molly J.*; Diaz, Mary*; Duncan, Shirley*, Elam, Claudia*; England, James*; Fischbach, Arleigh*, Flaniken, Betty*; Forbes, James*; Foward, Joe*; |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
|  | Futrell, Sharon*; Gajdosik, Margaret*; Garrett, Manieka*; Garza, Jorge*; Garza, Linda*; Garza, Manuel*; Garza, Pauline*; Geryak, Janie*; Gilmore, Bobbie*; Glaspie, Precious*; Goss, Garcia*; Graves, Mark*; Gray, Marvinette*; Griggsby, Tenya*; Guzman, Beatriz*; Haddox, Gracie*; Hafemann, Donald*; Hannah, Reba*; Hannah, Sandra*; Hardin, Larry*; Harrell, Regina*; Harris, Richard*; Harris, Sandra*; Harris, Vivian*; Haynes, Lloyd*; Heirs/Est.-Pablo Flores*; Hermis, Lawrence*; Hernandez, Ana*; Hervey, George*; Hess, Kenneth*; Hill, Kristy*; Hodges, Alvin*; Hogue, Thelma*; Holland, Wanda*; Hopson (Ind./Rep./Est.-Kay Faubion), Joe*; Howard, Annice*; Hubbs, Judy*, Hutson, Jerry*, Jackson, Ella*; Jackson, Esther*; Jackson, Lendia*; James, Tracy*; Jobe, Charles*; Johnson, Willie*; Jones, Terryl*; Kenne, Gordon*; King, Patricia*; Knox, Mary*; Kolak, Alexander*; Lane, Sr., Prentice*; Lawson, Elva*; Lee, Gary*; Lerma, Clemente*; Leslie, Doris*; Leveen, Jay*; Lewe, Doris Jean*; Lewis, Crystal*; Lise, Joyce*; Logsdon, Ernest*; Lovvorn, Jesse*; Lucas, Stephen*; Mallet, Anthony J.*; Mallet, Priscilla G.*; Mankarious, Rifaat*; Manning, Rosie*; March, Alicia*; Martin, Georgia*; Martinez, Willie*; Mauldin, Mary*; Mayberry, Janice*; Mayo, Veronica*; McCleveland, Kym*, McGathon, Myrtle*; McMillian, Opal*; McNulty, Sharon*; Miller, Grunetta*; Molina, Euardo*; Moore, Sharon*; Moreno, Jesus*; Morris, Gerald*; Morton, David*; Mowery, Ricky*; Murphy, Mary*; Myer, Margaret Pearson*; Nelson, Rubie*; Newell, Carol*; Newton, Mary*; Nichols, Fredrick*, Oliver, Rena*, Owen, III, David*. Parker, Jessie*; Parks, Dorothy*; Parks, Margaret*; Patterson, Steven*; Phelan, Claudia*; Phillips, Laura M.*; Pikul (Adm./Est.-Paul), Thomas Joseph*; Platt, Jr., Alvin*; Posada, Maria*; Powers, Gail*; Pradia, Carolyn*; Punch, Vivian*; Pyron, Marshall*; Rady, Jean*; Ramirez, Josefa*; Ray, Sr., Darrell*; Reyna, Pete*; Reynolds, Lori*; Rhodes, Brian*; Rhodes, George*; Richter, Mary*; Rivera, Epifanio*; Roberts, Katherine*; Roberts, Lorna*; Robertson, Teddy*; Robinson, Lonnie*; Robinson, Oscar*; Rodriguez, Dorothy*, Rodriguez, Jose*; Rodriguez, Vivian*; Rogers, Hank*; Ross, Larry*; Ross, Olga*, Ross, Sonsuray*; Royston, Trina*; Russell, Shelvy*; Saylor, Richard*; Schuhrke, Nora*, Seago, Buncy*; Shah, Ahmed*; Shields, Marie*; Simmons, Robert*; Simpson, Ovie*; Simpson, Patricia*, Skipworth, Billy*; Small, Weavis*, Smith, Georgia*; Smith, Melody*; Sorge, Charles*; Steard, Sheilah*; Stech, Richard*; Taylor, Jimmy*; Taylor, Susan*, Taylor,Tammy*; Taylor-Beck, Dimitri*; Teagve, James*; Thomas, Gerladine*; Thomas, Jr., Clifton*; Thomas, Leslie*; Thompson, Ray*; Tucholski, Ernest*; Wallace, Lamar*, Ward, George*; Ward, Willie*; Wardlow, Willard*, Watson, Jummy*; Watson, Lonzine*; Wiley, Little*; Williams, Belinda*; Williams, Charlotte*; Williams, Josephine*; Williams, Theresa*; Wilson, John*, Wofford, Diane*, Wood, Carol*; Woodall, Phyllis*, Worsley, Fred*; Wright, Alice*; Yarbrough, Brenda*. Yong Cha. Page* |
| Lietz, David K.<br>Coale, Cooley, Lietz, McInerny & Broadus<br>818 Connecticut Avenue<br>Suite 857<br>Washington, DC 20006 | => Gerber, Ellen B *; Gerber, Melvin* |
| Lockridge, Richard A.<br>Lockridge, Grindal & Nauen P.L.L.P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Homister, Shirley |
| Luckett, Jr, William O<br>Luckett Law Firm<br>P O. Drawer 1000<br>Clarksdale, MS 38614-1000 | => Kroger Co. |
| Malone, Patrick A.<br>Stein, Mitchell & Mezines<br>1100 Connecticut Avenue, N.W<br>Suite 1100<br>Washington, DC 20036 | => Jeffers, Barbara Ann; Jeffers, Daniel Martin |
| Matthews, David P.<br>Abraham Watkins Nichols Sorrels Matthews & Friend | => Gilmore, Charles C *; Hale, Donna*; Stout, John R.*; White, Johnny*; Young, Bernadette* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,657 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |

800 Commerce Street
Houston, TX 77002-1776

=> Nevels, Caroline*

McClain, Kenneth B
Humphrey, Farrington & McClain, P C
221 West Lexington
Suite 400
Independence, MO 64050

=> Ball, M.D., David*; Barr, M D , William*; Hammock, M.D., B.L.; Hassell, John F.; Line, M.D., Lance*;
Liverman, Steven B *; Newell, M.D , Bruce*; Peeler, M.D., J.G.*; Smith, M.D., Randall; Weiss, David
C.*; Windham, M D., Thomas*

McNamara, J. Leray
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

=> Alford's Pharmacy*

Meaders, Kim M.
Crouch & Ramey
1445 Rose Avenue
Ste 2300
Dallas, TX 75202

=> Shannon, Frances

Merkel, Charles M.
Merkel & Cocke
P O Box 1388
Clarksdale, MS 38614-1388

=> Gunn, M.D , Susan*; Gunn, Susan*; McIntosh, M.D., Cooper A.*

Milam, S Kirk
Hickman, Goza & Spragins, Pllc
P O Drawer 668
Oxford, MS 38655-0668

=> Burns, Jr , Lowell

Milavetz, Allen Scott
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

=> Getty, Richard J *; Stamper, Della*

Miller, Mason L.
Getty & Mayo, PLLC
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

=> Minor, Daniel

Minor, Daniel
1032 Cardinal Dr.
Waco, TX 76712

=> Amerisource Corp.*#; AmerisourceBergen Corp. fdba AmeriSource Corp

Minor, Steven R.
Elliott Lawson & Minor, PC
P.O. Box 8400
Bristol, VA 24203-8400

=> Oswald, Constance*

Moirano, Michael H.
Nisen & Elliott
200 West Adams Street
Suite 2500
Chicago, IL 60606

=> Ashman, Charles*

Mousseau, Geoffrey C.
Mousseau & Associates

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

1421 Valverde Place
Suite B
Glendale, CA 91208

Mulhern, Edwin T.                    => Mell, Alan
Huwel & Mulhern
11 New Hyde Park Road
Frank Square, NY 11010

Murray, Stephen B                    => Gottsegen, M.D., Warren L.*; Gregory, Jr , William B *
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Nast, Dianne M                       => Engle (Ind /Adm./Est.-Louise), Fred S.*
Roda & Nast, P.C
801 Estelle Drive
Lancaster, PA 17601

Naylor, Eugene R.                    => Patel, M.D., Pravin
Wise, Carter, Child & Caraway
600 Heritage Bldg
401 East Capitol St
P O  Box 651
Jackson, MS 39205-0651

O'Malley, Richard F                  => G D  Searle & Co.*; Pfizer, Inc.*, Pharmacia Corp *
Sidley Austin Brown & Wood
10 South Dearborn Street
Suite 48 Southeast
Chicago, IL 60603

Owen, Gregory J.                     => Baca, Richard David*, Berchtold, Don*; Cole, Sally*; De Luca, Barbara*; Evans, Charles*; Giles,
Owen, Patterson & Owen                  Stan*, Goodell, Margaret Helen*, Gunn, Leroy*; Holley (Heir-Audrey L. Piscitello), Alison*;
23822 West Valencia Blvd.                Householder, Betty*; Jackson, Yvonne O *; Piscitello (Heir-Audrey L.), Clement*; Reagan, Gorman*,
Suite 201                                Safford, Joyce Crawford*; Salt, Della Jo*; Sieper (Heir-Audrey L. Piscitello), Meredith*, Winward,
Valencia, CA 91355                       Kenneth C.*; Wright, Ward*

Pearson, Thomas Jack                 => Allen, Gloria*, Jones, Rena*; Lewis (Ind./Next Friend-Trienida & Quenida), Brenda*; Lewis (Ind /Next
Pearson & Campbell, P C                 Friend-Trienida & Quenida), Darylene*; Painton, Billie*; Painton, Jack*, Richard, Calvin*, Richard,
2394 Calder Avenue                       Ervin*; Richard, Kernis*; Richard, Larry*; Richard, Lon*; Richard, Lovincy*
Beaumont, TX 77702

Piper, Jr, Robert E.                 => Bates, Catherine; Bates, Leroy; Burns, Annie; Burns, Lendell, Butler, Mary, Butler, Maynard; Evans,
Piper & Associates                      Garnett, Evans, Marion, Harper, Josephine, McKnight, Vaughn; Sadler, Leona; Tice, Martha; Tice,
624 Pierre Avenue                        William; Wright, Frances; Wright, Herchial
P O. Box 69
Shreveport, LA 71103

Pitre, Frank M.                      => Brass, Jeffrey, Taylor, Patricia A.; Tokes, Kathy
Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
Suite 200
840 Malcolm Road
Burlingame, CA 94010

Pope, Geoffrey Edward                => Strickland, Edna
Doffermyre, Shields, Canfield, Knowles & Devine
1355 Peachtree Street, N E

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1600 The Peachtree<br>Atlanta, GA 30309-3269 | |
| Price, Henry J.<br>Price, Potter, Jackson, Waicukauski & Mellowitz<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | => Baum, Janice; Briner (Per./Rep./Est.-Phyllis), Darai; Henderson, Kevin; Portillo (Ind./Heir-Elvira M. Pena), Ruben; Van Jelgerhuis, Kimberly |
| Quetglas-Jordan, Eric M.<br>Queglas Law Offices<br>P.O. Box 16606<br>San Juan, PR 00908-6606 | => Gonzalez, Hilda Rita; Gonzalez, Robert A.; Gonzalez-Arias, Rafael* |
| Robb, William R.<br>Aleshire, Robb & Sivils, P.C.<br>901 St. Louis Street<br>Suite 1600<br>Springfield, MO 65806 | => Young (Ind./Next Friend-Steven/Adm./Est.-Lisa), Russell |
| Rowland, Robert D<br>2227 South State Route 157<br>Edwardsville, IL 62025 | => Ellis, John* |
| Ruiz, John H<br>Law Office of John H Ruiz<br>5040 N.W 7th Street<br>Suite 920<br>Miami, FL 33126 | => Abraham, Josefa*; Alcarez, Maria P *, Andino, Jose* |
| Rynecki, Scott<br>Rubenstein & Rynecki<br>16 Court Street<br>Suite 1717<br>Brooklyn, NY 11241 | => Aiken (Adm -Est -Mary & Kenneth), Elizabeth; Covington, Jerome; Davis, Laney C. |
| Saia, Stephen V.<br>Law Offices of Stephen V Saia<br>70 Old Cart Path Lane<br>Pembroke, MA 02359 | => Saia, Frank R.* |
| Schwebel, Paul R.M.<br>5657 Rundle Court<br>Indianapolis, IN 46220 | => Morrison (By his Per./Representative Patricia L.), Lowell D. |
| Scott, Stuart E.<br>Spangenberg, Shibley & Liber, LLP<br>2400 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114 | => Moldovan, Gregory*; Moldovan, Wanda* |
| Seeger, Christopher A.<br>Seeger Weiss, LLP<br>One William Street<br>10th Floor<br>New York, NY 10004-2502 | => Brown, Clairse; Hanson, William*; Pagan, Carmen M.; Walson (Ind./Adm./Est.-Willie, Jr.), Roberta* |
| Simon, Jeffrey B<br>Waters & Kraus<br>3219 McKinney Avenue | => Bias, Byron; Varnado, Carolyn |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,657 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 3000<br>Dallas, TX 75204 | |
| Smith, David Neil<br>Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Dangerfield, TX 75638 | => Williamson (Ind./Next friend-Courtly & Herman), Marian |
| Smith, Deanna Dean<br>Ebanks, Smith & Carlson LLP<br>1401 McKinney<br>Suite 2500<br>Houston, TX 77010-4034 | => Truitt, M.D , Norman |
| Snapka, Kathryn A.<br>Snapka, Turman & Waterhouse, LLP<br>606 N Carancahua, Suite 1511<br>P O. Drawer 23017<br>Corpus Christi, TX 78403 | => Benavides (Ind./Per /Est.-Juan), Patricia*; Sandoval, Audona |
| Specter, Shanin<br>Kline & Specter<br>1525 Locust Street<br>19th Street<br>Philadelphia, PA 19102 | => Sirota, Merrick*; Sirota, Michele* |
| Stacy, Robert F<br>Daniel, Coker, Horton & Bell<br>P O. Box 1084<br>Jackson, MS 39215-1084 | => Don's Pharmacy, Woods Drug Store |
| Steward, John S<br>Meyerkord and Steward<br>2525 South Brentwood Boulevard<br>Suite 102<br>St. Louis, MO 63144 | => Perkins, Janice |
| Sullivan, Robert G<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway<br>18th Floor<br>New York, NY 10271 | => Wright, Dawn; Wright, Lawrence |
| Thomas, Casandra F<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213 | => Thomas, Cassandra Faye |
| Tisi, Christopher V.<br>Ashcraft & Gerel<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036 | => Biles, Melvin*; Edler (Ind./Per./Rep./Est.-William Dale & behalf-wrongful death beneficiaries-William Dale, Gail Lynne & Shawn C.), Lindsey*; Morris, Jr., David* |
| Wade, Jr., Lawrence D<br>Campbell, DeLong, Hagwood & Wade<br>P O. Box 1856<br>Greenville, MS 38702-1856 | => Petilos, M.D., Salvador; Waller, M.D , Richard E. |
| Walker, Chris J.<br>Markow Walker, P A. | => Stone, M.D , Deck; Weiner, Roger |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,657 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| P O Box 13669<br>Jackson, MS 39236-3669 | |
| Walker, Thomas E.<br>Johnston, Barton, Proctor & Powell<br>2900 AmSouth/Harbert Plaza<br>1901 6th Avenue North<br>Birmingham, AL 35203 | => Harlan, Gary; Wall, Robert |
| Watson, Leila H<br>Cory, Watson, Crowder & DeGaris, P.C.<br>2131 Magnolia Avenue<br>P O Box 55927<br>Birmingham, AL 35255-5972 | => Wilson, Danny M |
| Weaver, Jennifer Fadal<br>1305 Fossel Ridge Trial<br>Waco, TX 76712 | => Weaver, Jennifer Fadal |
| Weiner, Richard J.<br>Law Offices Of Richard J Weiner, P.C<br>119 Rockland Center<br>Suite 425<br>Nanuet, NY 10954 | => Quick, Anna |
| Weisbrod, Leslie<br>Morgan & Weisbrod<br>11551 Forest Central Drive<br>Suite 300<br>Dallas, TX 75243 | => Register, Anne, Register, Jack A. |
| Welch, III, Jewell E<br>Cunard Reis Law Firm<br>9214 Interline Avenue<br>Baton Rouge, LA 70809 | => White, Vicki |
| Weston, John K.<br>Sacks, Weston, Smolinksy, Albert & Luber<br>510 Walunt Street<br>Suite 400<br>Philadelphia, PA 19106 | => Carr, Gwendolyn L.* |
| Wright, James L.<br>Mithoff & Jacks<br>1 Congress Plaza<br>111 Congress Avenue<br>Suite 1010<br>Austin, TX 78701-0001 | => Bauman (Ind./Rep /Est.-Elsie Geneva), Larry Lee; Bauman, III (Ind./Rep /Est -Elsie Geneva), Ernest Charles, Clay (Ind./Rep /Est -Elsie Geneva Bauman), Leslie Lynn Bauman; Mincher (Ind./Rep./Est.-Elsie Geneva Bauman), Kelly; Moses (Ind./Rep./Est.-Elsie Geneva), Mary Carla; Tolbertt (Ind./Rep /Est.-Elsie Geneva Bauman), Lisa Bauman |
| Zonas, James John<br>James J. Zonas, Attorney at Law<br>700-2nd Avenue, North<br>Suite 102<br>Naples, FL 34102 | => Dunleavey (By & Through/Per /Rep /Est.-Edward), Frances |

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

Barbara J. Hart
Goodkind,Labaton,Rudoff & Sucharow
100 Park Ave., 12th Floor
New York, NY 10017-5563

Steven L. Russell
Beirne,Maynard & Parsons
1700 Pacific Ave, Ste 4400
Dallas,TX 75201

Note: Please refer to the report title page for complete report scope and key.