**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

August 4, 2005

# NOTICE OF ERROR

To:     All counsel

Case Style:     Turner v. Merck & Co., Inc. et al

Case Number:    2:05-cv-00702-T

Referenced Pleading   NOTICE of Assignment filed 8/4/2005

**The referenced docket entry was electronically filed on \*\*\*August 4, 2005 \*\*\* and is hereby STRICKEN as a docketing error as it was entered in the wrong case.**

**Parties are instructed to disregard this docketing entry.**