IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GLENDORA TURNER, individ-   )
ually and as Administratrix)
of the Estate of           )
William Lee Turner         )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      2:05cv702-T
                           )
MERCK & CO., INC., a       )
foreign corporation,       )
et al.,                    )
                           )
    Defendants.            )
```

## ORDER

It is ORDERED that defendant Merck & Co., Inc.'s motion to stay (Doc. No. 5), is set for submission, without oral argument, on August 22, 2005, with all briefs due by said date.

DONE, this the 9th day of August, 2005.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**