IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GLENDORA TURNER, individ-      )
ually and as Administratrix    )
of the Estate of               )
William Lee Turner,            )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:05cv702-T
                               )
MERCK & CO., INC., a           )
foreign corporation,           )
et al.,                        )
                               )
     Defendants.               )
```

### ORDER

It is ORDERED that plaintiff's motion to remand (Doc. No. 11) is set for submission, without oral argument, on August 29, 2005, with all briefs due by said date.

DONE, this the 23rd day of August, 2005.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**