# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

August 5, 2005

**VIA FEDERAL EXPRESS**

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

      Re:    In re: VIOXX® Products Liability Litigation, MDL
               Docket No. 1657

Dear Sir and Madam:

      Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's fifty-first notification of potential "tag-along actions" and includes cases that have been filed in or removed to federal court since Tuesday, August 2, 2005. Courtesy copies of the complaints and docket sheets for the following actions are enclosed.

1. *Turner v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00702 (M.D. Ala.)
2. *Widmar et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-01633 (N.D. Ala.)
3. *Lagomarsino-Burmmett v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01436 (D. Colo.)
4. *Bradley v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00548 (S.D. Ill.)
5. *King v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00550 (S.D. Ill.)
6. *Koch v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00549 (S.D. Ill.)
7. *Ranschaert v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00449 (N.D. Ind.)
8. *Conyers v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02334 (D. Kan.)
9. *Coppenbarger v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02335 (D. Kan.)
10. *Hewitt v. Merck & Co., Inc.*, C.A. No. 5:05-cv-04090 (D. Kan.)
11. *Gould v. Merck & Co., Inc.*, C.A. No. 0:05-cv-01630 (D. Minn.)
12. *Hohlt v. Merck & Co., Inc.*, C.A. No. 4:05-cv01200 (E.D. Mo.)
13. *Souders v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01197 (E.D. Mo.)
14. *Glenn et al., v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00696 (W.D. Mo.)


EXHIBIT A

47, Avenue Georges Mandel
75116 Paris, France
(33) (1) 44.05.80.00

1775 I Street, N.W.
Washington, D.C.
20006-2401
202-721-4600

350 South Grand Avenue
Los Angeles, California
90071-3442
213-613-2800

201 South Biscayne Boulevard
Miami, Florida
33131-4332
305-358-1666

Akasaka Tokyu Building 6F
2-14-3 Nagata-cho, Chiyoda-ku
Tokyo 100-0014 Japan
(81) (3) 3539-2771

101 Hudson Street
Jersey City, New Jersey
07302-3918
201-536-9220

# Hughes Hubbard & Reed LLP

15. *Anderson v. Merck & Co., Inc.*, C.A. No. 3:05-cv-03796 (D. N.J.)
16. *Krowicki v. Merck & Co., Inc.*, C.A. No. 3:05-cv-03779 (D. N.J.)
17. *Maxwell v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00981 (N.D. N.Y.)
18. *Stein v. Merck & Co., Inc.*, C.A. No. 1:05-cv-06630 (S.D. N.Y.)
19. *Tio v. Merck & Co., Inc.*, C.A. No. 1:05-cv-06932 (S.D. N.Y.)
20. *Bruch et al., v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00871 (W.D. Okla.)
21. *Hnatuk et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04090 (E.D. Pa.)
22. *Hofmann et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04103 (E.D. Pa.)
23. *Bernabe v. Merck & Co., Inc.*, C.A. No. 2:05-cv-01073 (W.D. Pa.)
24. *Moreau v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00331 (D. R.I.)
25. *Dexter v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01034 (D. S.D.)
26. *Grotjohn v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01026 (D. S.D.)
27. *Hansen v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01029 (D. S.D.)
28. *Klima v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01033 (D. S.D.)
29. *Mardian v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01028 (D. S.D.)
30. *Ofstad v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01031 (D. S.D.)
31. *Sanborn v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01027 (D. S.D.)
32. *Shaver v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01032 (D. S.D.)
33. *Wulf v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01030 (D. S.D.)
34. *Duke v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00071 (M.D. Tenn.)
35. *DeLoach et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00351 (E.D. Tex.)
36. *Dutton v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00353 (E.D. Tex.)
37. *Pope v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00215 (D. Wyo.)

There are 7 new cases filed in the transferee court.

1. *Allen v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03268 (E.D. La.)
2. *Brown v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03103 (E.D. La.)
3. *Gray v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03340 (E.D. La.)
4. *Griffin v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03317 (E.D. La.)
5. *Hutson et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03090 (E.D. La.)
6. *Kaiser v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03330 (E.D. La.)
7. *Rodemann v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03328 (E.D. La.)

Hughes Hubbard & Reed LLP

Additionally, pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following developments pertaining to actions that are currently the subject of Panel consideration.

1. *Edsall et al., v. Merck & Co., Inc.*, C.A. No. 3:05-cv-02244 (N.D. Cal.) was remanded to Contra Costa Superior Court, California on August 4, 2005.

Respectfully submitted,

Cecily C. Williams

Enclosures
CCW/eaa