# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

August 5, 2005

**VIA FEDERAL EXPRESS**

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    In re: VIOXX® Products Liability Litigation, MDL Docket No. 1657

Dear Sir and Madam:

    Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's fifty-first notification of potential "tag-along actions" and includes cases that have been filed in or removed to federal court since Tuesday, August 2, 2005. Courtesy copies of the complaints and docket sheets for the following actions are enclosed.

1. *Turner v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00702 (M.D. Ala.)
2. *Widmar et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-01633 (N.D. Ala.)
3. *Lagomarsino-Burmmett v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01436 (D. Colo.)
4. *Bradley v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00548 (S.D. Ill.)
5. *King v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00550 (S.D. Ill.)
6. *Koch v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00549 (S.D. Ill.)
7. *Ranschaert v. Merck & Co., Inc.*, C.A. No. 3:05-cv-00449 (N.D. Ind.)
8. *Conyers v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02334 (D. Kan.)
9. *Coppenbarger v. Merck & Co., Inc.*, C.A. No. 2:05-cv-02335 (D. Kan.)
10. *Hewitt v. Merck & Co., Inc.*, C.A. No. 5:05-cv-04090 (D. Kan.)
11. *Gould v. Merck & Co., Inc.*, C.A. No. 0:05-cv-01630 (D. Minn.)
12. *Hohlt v. Merck & Co., Inc.*, C.A. No. 4:05-cv01200 (E.D. Mo.)
13. *Souders v. Merck & Co., Inc.*, C.A. No. 4:05-cv-01197 (E.D. Mo.)
14. *Glenn et al., v. Merck & Co., Inc.*, C.A. No. 4:05-cv-00696 (W.D. Mo.)


EXHIBIT B

47, Avenue Georges Mandel    1775 I Street, N.W.    350 South Grand Avenue    201 South Biscayne Boulevard    Akasaka Tokyu Building 6F    101 Hudson Street
75116 Paris, France          Washington, D.C.       Los Angeles, California   Miami, Florida                  2-14-3 Nagata-cho, Chiyoda-ku  Jersey City, New Jersey
(33) (1) 44.05.80.00         20006-2401             90071-3442                33131-4332                      Tokyo 100-0014 Japan          07302-3918
                             202-721-4600           213-613-2800              305-358-1666                    (81) (3) 3539-2771            201-536-9220

Hughes Hubbard & Reed LLP

> 15. *Anderson v. Merck & Co., Inc.*, C.A. No. 3:05-cv-03796 (D. N.J.)
> 16. *Krowicki v. Merck & Co., Inc.*, C.A. No. 3:05-cv-03779 (D. N.J.)
> 17. *Maxwell v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00981 (N.D. N.Y.)
> 18. *Stein v. Merck & Co., Inc.*, C.A. No. 1:05-cv-06630 (S.D. N.Y.)
> 19. *Tio v. Merck & Co., Inc.*, C.A. No. 1:05-cv-06932 (S.D. N.Y.)
> 20. *Bruch et al., v. Merck & Co., Inc.*, C.A. No. 5:05-cv-00871 (W.D. Okla.)
> 21. *Hnatuk et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04090 (E.D. Pa.)
> 22. *Hofmann et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-04103 (E.D. Pa.)
> 23. *Bernabe v. Merck & Co., Inc.*, C.A. No. 2:05-cv-01073 (W.D. Pa.)
> 24. *Moreau v. Merck & Co., Inc.*, C.A. No. 1:05-cv-00331 (D. R.I.)
> 25. *Dexter v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01034 (D. S.D.)
> 26. *Grotjohn v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01026 (D. S.D.)
> 27. *Hansen v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01029 (D. S.D.)
> 28. *Klima v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01033 (D. S.D.)
> 29. *Mardian v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01028 (D. S.D.)
> 30. *Ofstad v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01031 (D. S.D.)
> 31. *Sanborn v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01027 (D. S.D.)
> 32. *Shaver v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01032 (D. S.D.)
> 33. *Wulf v. Merck & Co., Inc.*, C.A. No. 1:05-cv-01030 (D. S.D.)
> 34. *Duke v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00071 (M.D. Tenn.)
> 35. *DeLoach et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00351 (E.D. Tex.)
> 36. *Dutton v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00353 (E.D. Tex.)
> 37. *Pope v. Merck & Co., Inc.*, C.A. No. 2:05-cv-00215 (D. Wyo.)

There are 7 new cases filed in the transferee court.

1. *Allen v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03268 (E.D. La.)
2. *Brown v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03103 (E.D. La.)
3. *Gray v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03340 (E.D. La.)
4. *Griffin v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03317 (E.D. La.)
5. *Hutson et al., v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03090 (E.D. La.)
6. *Kaiser v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03330 (E.D. La.)
7. *Rodemann v. Merck & Co., Inc.*, C.A. No. 2:05-cv-03328 (E.D. La.)

Hughes Hubbard & Reed LLP

Additionally, pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following developments pertaining to actions that are currently the subject of Panel consideration.

1. *Edsall et al., v. Merck & Co., Inc.*, C.A. No. 3:05-cv-02244 (N.D. Cal.) was remanded to Contra Costa Superior Court, California on August 4, 2005.

Respectfully submitted,

Cecily C. Williams

Enclosures
CCW/eaa