A CERTIFIED TRUE COPY

SEP 23 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 23 2005

FILED
CLERK'S OFFICE

RECEIVED
2005 SEP 27 A 9: 59

DOCKET NO. 1657

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Glendora Turner, etc. v. Merck & Co., Inc., et al.*, M.D. Alabama, C.A. No. 2:05-702

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Turner*) on September 8, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Turner* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Turner* was remanded to the Circuit Court of Bullock County, Alabama, by the Honorable Myron H. Thompson in an order filed on September 21, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-23" filed on September 8, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael A. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 23, 2005

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Re: MDL-1657 -- In re Vioxx Products Liability Litigation

   *Glendora Turner, etc. v. Merck & Co., Inc., et al.,* M. D. Alabama, C.A. No. 2:05-702

Dear Mr. Hackett:

   I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                              Very truly,

                              Michael J. Beck
                              Clerk of the Panel

                           By _____
                                    Deputy Clerk

Enclosure

cc:   Transferee Judge:  Judge Eldon E. Fallon
       Transferor Judge:  Judge Myron H. Thompson

JPML Form 87

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 3 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*Glendora Turner, etc. v. Merck & Co., Inc., et al.*, M.D. Alabama, C.A. No. 2:05-702

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Turner*) on September 8, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Turner* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Turner* was remanded to the Circuit Court of Bullock County, Alabama, by the Honorable Myron H. Thompson in an order filed on September 21, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-23" filed on September 8, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel